

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 17, 2019

J. Barrett Shipp
Shipp, Ecke & Cromeens, PLLC
1718 San Pedro Ave.
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Laura A. Cavaretta
Cavaretta, Katona & Leighner,
PLLC
700 N. St. Mary's St.
Suite 1500
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Philip Martin Ross
1006 Holbrook Road
San Antonio, TX 78218-3325
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-19-00477-CV
        Trial Court Case Number:   2017-PC-2912
        Style:  In the Matter of the Guardianship of Charles Inness Thrash

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                         Very truly yours,
                         KEITH E. HOTTLE,
                         Clerk of Court

                         *Monica Rivera*
                         _____
                         Monica Rivera
                         Deputy Clerk, Ext. 53855

cc: Karen R. Andersen (DELIVERED VIA E-MAIL)
    Lucy Adame-Clark (DELIVERED VIA E-MAIL)
    William E. Leighner (DELIVERED VIA E-MAIL)
    Cheryl D. Hester (DELIVERED VIA E-MAIL)
    Dinah L. Gaines (DELIVERED VIA E-MAIL)
    Kristopher L. Bowen Jr. (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00477-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CHARLES INNESS THRASH,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Appellee's unopposed motion for an extension of time to file the appellee's brief is granted. We order the appellee's brief due November 21, 2019

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court